IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
___ DIVISION

REGIONS BANK, as
GUARDIAN OF THE ESTATE OF
BRIANNA PIERCE, A MINOR                         PLAINTIFF

v.                              CASE No. _____

SCHNEIDER NATIONAL CARRIERS, INC.; and
JUAN FLORES                                     DEFENDANTS

## COMPLAINT

Comes the Plaintiff, Regions Bank, as Guardian of the Estate of Brianna Pierce, a minor, by and through its attorneys, Gary Holt & Associates, P.A., and for its complaint against the Defendants, Schneider National Carriers, Inc., and Juan Flores, alleges and states:

1.  The Plaintiff, Regions Bank ("Regions" or "Plaintiff") is an Arkansas banking institution whose principal place of business is in Pulaski County, Arkansas. On July 28, 2010, Regions was appointed as the Guardian of the Estate of Brianna Pierce ("Brianna" or "Pierce"), a minor at the time of the accident alleged herein and is still a minor. Brianna resides in Lonoke County with her parents.



2.  The Defendant, Schneider National Carriers, Inc., is a foreign corporation doing business in the state of Arkansas and operating its tractor trailer rig on the roads and highways in Arkansas and doing business in Arkansas. Its registered agent for service is The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

3.  At all relevant times herein, Defendant Juan Flores ("Flores"), was a resident of Texas and was acting in the scope of his employment and/or agency with Schneider. Schneider is responsible for the negligent acts and omissions of Flores under the doctrine of respondent superior.

4.  The events alleged herein occurred in Little Rock, Pulaski County, Arkansas.

5.  This Court has jurisdiction of the parties and this is a proper venue for this action.

6.  On or about August 12, 2007, at approximately 1:35 p.m., Brittany Bruton ("Bruton") was operating a 2002 Toyota Camry travelling southbound on US Hwy 64 in White County, AR, in the vicinity of the Swinging Bridge Road. The minor, Brianna Pierce who was age 1 at the time, was one of the passengers in that vehicle.

7. At the same time and place, Juan Flores, while in the course and scope of his employment or agency with the Defendant, Schneider National Carriers, Inc. ("Schneider"), was operating a 1999 freightliner tractor-trailer truck owned by Schneider travelling directly behind the vehicle in which Brianna was a passenger. As Bruton slowed to make a left turn on the Swinging Bridge Road, Juan Flores failed to stop, causing the front of the Schneider truck to impact the rear of the Bruton vehicle after the Schneider freightliner skidded 217 feet, thereby causing a violent collision and proximately causing serious and permanent personal injuries and other damages to Brianna Pierce, as more specifically set out hereunder.

8. At all times mentioned herein, Juan Flores was operating this vehicle as the agent, servant or employee of the Defendant, Schneider National Carriers, and at the time of this incident, was acting within the course and scope of his employment and/or agency with Schneider, and as a result, the Defendant, Schneider National Carriers, is legally liable for the negligent acts and omissions of Juan Flores under the doctrine of respondeat superior.

9. Juan Flores, in his capacity of agent, servant or employee of the Defendant, Schneider National Carriers, was guilty of negligence which was a proximate cause of the damage(s) sustained by Brianna Pierce. The specific acts of negligence include, but are not limited to, the following:

    a. Failing to keep a proper lookout;

b. Failing to keep the tractor-trailer truck he was driving under proper control;

c. Driving at a speed greater than was reasonable and prudent under the circumstances;

d. Failing to yield right-of-way to the forward vehicle;

e. Following too closely; and

f. Otherwise failing to exercise ordinary care under the circumstances.

10. As a result of the negligence of Flores, the Brianna Pierce, a minor, sustained serious and permanent personal injuries as follows:

a. The Plaintiff, on behalf of Brianna Pierce, has incurred medical care, treatment and services in the past and Brianna Pierce is reasonably certain to require medical care, treatment and services in the future.

b. Brianna Pierce has experienced pain, suffering and mental anguish in the past and is reasonably certain to experience pain and suffering and mental anguish in the future for which the Plaintiff seeks compensatory damages;

c. As a result of the injuries sustained by Brianna Pierce, she should be compensated for the nature and extent, duration and permanency of

her injuries, including but not limited to closed head injuries and brain damage;

d. Brianna Pierce has sustained scarring and disfigurement;

e. Brianna Pierce has suffered loss of ability to learn and will sustain loss of ability to learn in the future, and Plaintiff claims compensatory damages for same;

f. Brianna Pierce has sustained loss of ability to earn in the future and Plaintiff claims compensatory damages for same.

11. Plaintiff demands a trial by jury.

12. Plaintiff reserves the right to amend its complaint pending further discovery.

WHEREFORE, the Plaintiff, Regions Bank, as Guardian of Brianna Pierce, a minor, pray that upon a trial hereof, they have a judgment against the Defendants, Schneider National Carriers, Inc., and Juan Flores, in an amount adequate to compensate them for the injuries and damages which they have sustained and which amount exceeds current minimum requirements for federal court jurisdiction in diversity of citizenship cases. The Plaintiff further pray for costs, interest and all other just and proper relief to which they may be entitled. The Plaintiff prays for a jury trial.

Respectfully submitted:

GARY HOLT & ASSOCIATES, P.A.
P. O. Box 3887
Little Rock, AR   72203-3887
Telephone: (501) 372-0266
Fax: (501)372-2249
Email:  wgh@garyholtlaw.com
Email:   holtg@garyholtlaw.com

By:  /s/ William Gary Holt
 William Gary Holt, AR 81090
     *Counsel for Plaintiff*